UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

RAYMOND G. WEISBEIN, and
SELMA SOICHER WEISBEIN

    Debtors.
_____/

Case No. 11-12579-LMI

Chapter 7
Jointly Administered

*U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
OCT 15 2014
FILED ___ RECEIVED*

## CERTIFICATE OF NO RESPONSE OR SETTLEMENT AND REQUEST FOR ENTRY OF ORDER

Maria Rua, movant, has filed a Motion for relief from the automatic stay [ECF no. 303] on August 20, 2014, pursuant to Local Rule 9013-1(D) . Movant represents:

1. The motion and proposed order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

2. The motion contained the bulletin required by the referenced rule.

3. The deadline for response to the motion was September 3, 2014.

4. No objections to or requests for hearing on the motion have been received, and as of October 13, 2014, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

5. The movant and the Trustee parties have agreed to a form of order.

Case No. 11-12579-LMI

Movant seeks the entry of an order granting the requested relief.

>FRIEDMAN AND FRIEDMAN, P.A.
>Attorneys for Plaintiff(s)
>2600 Douglas Road, Suite 1011
>Coral Gables, Florida 33134
>Tel. (305) 446-6485
>Fax. (305) 448-7636
>john@friedmantriallawyers.com
>jesely@friedmantriallawyers.com
>andrea@friedmantriallawyers.com

By: _____
JOHN S. SELIGMAN
FLORIDA BAR NO. 368091
*Attorneys for Rua*

Case No. 11-12579-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the foregoing document was served via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1** and served via U.S. Mail on October 10, 2014, upon: Selma Soicher Weisbein and Raymond Weisbein, 440 Costanera Road, Coral Gables, FL 33143.

> I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A). I further certify that I am exempt from the electronic filing requirement pursuant to Local Rule 5005-4(B)(5).
>
> FRIEDMAN AND FRIEDMAN, P.A.
> Attorneys for Plaintiff(s)
> 2600 Douglas Road, Suite 1011
> Coral Gables, Florida 33134
> Tel. (305) 446-6485
> Fax. (305) 448-7636
> john@friedmantriallawyers.com
> jesely@friedmantriallawyers.com
> andrea@friedmantriallawyers.com
>
> By_____
> JOHN S. SELIGMAN
> FLORIDA BAR NO. 368091
> *Attorneys for Rua*

Case No. 11-12579-LMI

# EXHIBIT 1

Case No. 11-12579-LMI

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Alan R Barbee    ecf@marcumllp.com
- Becket and Lee LLP    notices@becket-lee.com
- John C. Brock    jbrock@solomonlaw.com, bankruptcy@solomonlaw.com
- Grissell T Carbonell Carvallo    gigi@gcclawcenter.com, service@gcclawcenter.com
- Michael R. Carroll    mcarroll@oceanbank.com
- Lisa M. Castellano    lcastellano@becker-poliakoff.com, thenry@becker-poliakoff.com;tfritz@becker-poliakoff.com
- Lisa DiSalle    FLSDBKNOTICES@QPWBLAW.COM
- Christopher A Ewbank    bkfl@albertellilaw.com
- James H Fierberg    jfierberg@bastamron.com, jdepina@bastamron.com
- Andrew L Fivecoat    BKFL@albertellilaw.com
- Caridad M Garrido    cary@garridorundquist.com
- Marc G Granger    mgranger@kahaneandassociates.com, jbuchanan@kahaneandassociates.com;ixarias@kahaneandassociates.com;lbetancourt@kahaneandassociates.com
- Phillip M. Hudson III    pmhudson@arnstein.com, jtunis@arnstein.com;hpiloto@arnstein.com;befernandez@arnstein.com;cofalla@arnstein.com;bwilliams@arnstein.com
- Kenneth M Jones    kjones@moodyjones.com
- Kenneth M Jones    kjones@moodyjones.com
- Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,veronica@kelleylawoffice.com,brittany@kelleylawoffice.com,lyndia@kelleylawoffice.com
- Thomas R. Lehman    trl@lklsg.com, esf@lklsg.com
- Thomas M. Messana    tmessana@messana-law.com, emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;nbarrus@messana-law.com;ekates@bakerlaw.com;jmooremaley@messana-law.com;tzcichman@messana-law.com
- James B Miller    bkcmiami@gmail.com
- James B Miller    bkcmiami@gmail.com
- Jonathan M Mofsky    jmofsky@srhl-law.com
- Barry E Mukamal    bankruptcy@marcumllp.com, FL64@ecfcbis.com
- Barry E Mukamal    bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- Gary M Murphree    gmm@amlaw-miami.com, babreu@amlaw-miami.com;mramirez@amlaw-miami.com;amlaw.bestcase@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    paul@orshanpa.com, assistant@orshanpa.com,maria@orshanpa.com
- Anila Rasul    arasul@rasflaw.com, bankruptcy@rasflaw.com
- Recovery Management Systems Corp    claims@recoverycorp.com
- Matthew I Rochman    mrochman@wargofrench.com, jgracia@wargofrench.com
- Jeffrey C. Roth    jeff@rothandscholl.com, christine@rothandscholl.com
- Robin J. Rubens    rjr@lklsg.com, esf@lklsg.com
- Howard S Toland    htoland@mitrani.com
- Victor H Veschio    firm@vlgfl.com, VictorLawGroup@gmail.com;KIS@vlgfl.com;MJS@vlgfl.com
- Jason A. Weber    jweber@sirote.com, aravix@sirote.com;rengineer@sirote.com
- Michael L Wolowitz    courtmail@305counsel.com