ORDERED in the Southern District of Florida on  Oct. 27, 2014

Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

RAYMOND G. WEISBEIN, and
SELMA SOICHER WEISBEIN

Debtors.
_____/

Case No. 11-12579-LMI

Chapter 7
Jointly administered

**ORDER GRANTING CREDITOR, MARIA RUA'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

THIS MATTER came before the Court without a hearing on the motion of Maria Rua (*"Rua"*) for relief from the automatic stay [ECF No. 303] (the *"Motion"*). The Court, having reviewed the Motion, the case file, the certificate of no response [ECF No. 312] and noting that there have been no objections or responses to the Motion, determines that notice of the Motion was sufficient pursuant to Fed.R.Bankr.P. 4001(a)(1) and 2002 and that cause exists for modifying the stay pursuant to 11 U.S.C. § 362(d)(1) as set forth herein. Therefore, it is ORDERED that:

1. The Motion is **GRANTED**.

2.  Rua may continue to litigate the case against Selma Soichier Weisbein and Raymond G. Weisbein (the *"Debtors"*) in the case styled *Rua v. Geico General Insurance Co., et al*, Case No. 13-2013-CA-002924-0000-01 (the *"State Court Action"*). Continued litigation in the State Court Action is permissible solely to the extent that Rua may liquidate the judgment and collect the same from any applicable insurance proceeds. To the extent that Rua obtains a judgment or settlement in the State Court Action, Rua shall limit her recovery to any available insurance proceeds and shall not assert any claim against either the Selma Weisbein or Raymond Weisbein bankruptcy estates and/or the Bankruptcy Trustee, Barry E. Mukamal.

### ###

**Submitted By:**
FRIEDMAN AND FRIEDMAN, P.A.
Attorneys for Plaintiff(s)
2600 Douglas Road, Suite 1011
Coral Gables, Florida 33134
Tel. (305) 446-6485
Fax. (305) 448-7636
john@friedmantriallawyers.com
jesely@friedmantriallawyers.com
andrea@friedmantriallawyers.com
JOHN S. SELIGMAN
FLORIDA BAR NO. 368091
*Attorneys for Rua*

**Copies Furnished To:**
Attorney John Seligman is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.